# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:23–cr–00055–CEA–CHS

SEAD MILJKOVIC

## MEMORANDUM & ORDER
## ARRAIGNMENT ON SUPERSEDING INDICTMENT

 In accordance with Rule 10 of the Federal Rules of Criminal Procedure, an arraignment of the above named defendant on the superseding indictment returned by the Grand Jury was held before the undersigned on Thursday, December 14, 2023.

 The person present was the defendant named in the superseding indictment.

 The defendant acknowledged having been provided with a copy of the superseding indictment and acknowledged having the opportunity of reviewing the superseding indictment with counsel.

 The defendant waived a formal reading of the superseding indictment in open court, and entered not guilty pleas to each count of the superseding indictment.

 Presently, this case is assigned the dates set forth in a separate Modified Discovery and Scheduling Order.

ENTER.

              s/Christopher H Steger
              UNITED STATES MAGISTRATE JUDGE