# UNITED STATES DISTRICT COURT
## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF TENNESSEE



CHATTANOOGA

December 14, 2023

## CONSENT TO MODIFY CONDITIONS OF RELEASE

**RE: Sead Miljkovic, AKA Sead Dukic**     **Docket No.: 1:19-CR-106-001**

I, __Sead Miljkovic/Sead Dukic__, have discussed with __Dustin Lett__ Pretrial Services/Probation Officer, modifications of my release conditions as follows:

    8(k)    The defendant shall undergo psychiatric treatment as determined by the United States Probation Officer.

I consent to this modification of my release conditions as listed above and agree to abide by this modification.

_Signature of Defendant_  12/14/23  _Pretrial Services/Probation Officer_  12/14/2023

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Signature of Defense Counsel_  12/14/23

Honorable Christopher H. Steger
United States Magistrate Judge  12/14/2023