UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:23-cr-55 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| SEAD MILJKOVIC | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 152] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Five of the six-count Superseding Indictment; (2) accept Defendant's guilty plea to Count Five of the six-count Superseding Indictment; (3) adjudicate Defendant guilty of passport fraud in violation of 18 U.S.C. § 1542; and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 4] pending sentencing or further order of the Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 152] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Five of the six-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Five of the six-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of passport fraud in violation of 18 U.S.C. § 1542; and

1

4. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 4] pending further order of this Court or sentencing in this matter, which is scheduled to take place on **November 6, 2025, at 2:00 p.m. ET**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**